**Order entered March 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01175-CV

### STEVEN D. CATHCART, Appellant

### V.

### DEWIGHT JONES, ET AL., Appellees

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 98750-422**

## ORDER

On March 11, 2019, we informed appellant his brief failed to comply with the requirements of Texas Rule of Appellate Procedure 38 and directed him to file an amended brief within ten days. By motions filed March 22, 2019, appellant now seeks an extension of time to file the amended brief or, alternatively, suspension of the rules so that his deficient brief may be considered on the merits. Appellant also asks a copy of his brief be sent to him.

We have conducted a second review of appellant's brief for compliance and **ORDER** as follows. We **GRANT** appellant's motions to the extent we **DIRECT** the Clerk of the Court to send appellant a copy of his brief along with a copy of the clerk's record and **ORDER** appellant to amend his brief to include citations to the record. *See* TEX. R. APP. P. 38.1(d), (g), (i). The amended brief shall be filed no later than May 3, 2019.

/s/     KEN MOLBERG
JUSTICE